# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **GILLIAN CARUSONE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 5:19-cv-1183-LCB |
| **NINTENDO OF AMERICA, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

On June 30, 2020, the Court granted the defendant, Nintendo of America's ("Nintendo") motion to compel arbitration and directed the parties to submit a status report every 90 days until the arbitration proceedings concluded. (Doc. 28). On September 28, 2020, Nintendo filed a status report in which it asserted that the plaintiff, Gillian Carusone, had failed to initiate arbitration proceedings. Nintendo further stated that, shortly before filing the status report, it had discussions with Carusone as to whether she intended to initiate arbitration or would consent to dismissal. According to Nintendo, Carusone stated that she would make that decision within 14 days. Based on that assertion, the Court ordered Carusone to show cause on or before October 26, 2020, as to why this case should not be dismissed with prejudice for failure to prosecute.

On November 17, 2020, Nintendo filed another status report in which it asserted that Carusone had still failed to initiate arbitration and had made no further contact. Nintendo therefore requested that the Court dismiss the case with prejudice.

Having reviewed the record in this matter, the Court finds that Carusone has failed to respond to the Court's show-cause order. Accordingly, this case is due to be dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

In the Memorandum Opinion and Order compelling arbitration, the Court ordered that this case be closed for administrative and statistical purposes. However, the Court noted that this "action shall have no effect on the Court's retention of jurisdiction, and the file may be re-opened, on either party's motion, for an appropriate purpose, such as dismissal…." (Doc. 28, at 14-15). The Court will treat Nintendo's November 17, 2020 status report as a motion to re-open the case and dismiss it with prejudice. (Doc. 31). That motion is hereby **GRANTED**, and this case is **RE-OPENED** and **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** November 24, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE